UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:02 CR 230 CDP-1 |
| ) | |
| GLENN WIGGINS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff shall file a response to defendant's pro se motion to desist restitution [261] by no later than **October 6, 2025**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add defendant and his address of record [261 at 2] to the docket sheet as a pro se defendant, and plaintiff shall serve all future pleadings upon defendant by mail at his address of record as a pro se defendant.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of September, 2025.